## KRING v. STATE. (No. 11884.)

Court of Criminal Appeals of Texas. June 20, 1928.

Criminal law ⊶1090(1)—Where record on appeal contained neither statement of facts nor bill of exception, nothing was presented for review.

Where record on appeal contained neither statement of facts nor bill of exception, there was nothing presented for review.

Appeal from Medina County Court; G. C. Morris, Special Judge.

Thomas Raymond Kring was convicted for wife desertion, and he appeals. Affirmed.

E. A. Smitha, of Corpus Christi, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for wife desertion; punishment being a fine of $100.

The record contains neither statement of facts nor bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.